The relief described hereinbelow is SO ORDERED

Done this 12th day of January, 2012.



William R. Sawyer
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SMALL LOANS, INC., *et al.* [1] | ) | Case No.: 11-12254 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## ORDER LIMITING NOTICE, ESTABLISHING ADDITIONAL NOTICE
## PROCEDURES AND APPROVING ALTERNATE FORM OF NOTICE VIA WEBSITE

This matter came before the Court on the Debtors' Expedited Motion for Order Limiting

Notice and Establishing Additional Notice Procedures and Motion for Approval of Alternative

form of Notice via Website (the "Motion") filed in each of the Debtors' respective cases. Based

on the Court's review of the Motion and all objections thereto, and the arguments of counsel, it is

hereby ORDERED:

_____

[1] The related Debtors along with the last four digits of each Debtors' federal tax identification number are Small Loans, Inc. (3224), The Money Tree Inc. (1386), The Money Tree of Georgia Inc. (9228), The Money Tree of Florida Inc. (5315), and The Money Tree of Louisiana, Inc. (2592). Case information and the Debtors' respective addresses can be found at the dedicated website for these cases: http://www.kccllc.net/SmallLoansInc.

1.     The Motion establishes sufficient grounds for the relief sought therein.   The Motion is, therefore, GRANTED.  All terms not otherwise defined herein shall have the meaning given to them in the Motion.

2.     The following General Notices must be served by mail in accordance with Fed. R. Bankr. P. 2002 on the entire creditor matrix plus certain taxing and regulatory authorities, the Office of the Bankruptcy Administrator, all persons and entities that filed a request for notice in this case, and the Debtors' attorneys:

> (i)     notice of the meeting of creditors pursuant to 11 U.S.C. § 341;

> (ii)    notice of the time fixed for filing proofs of claim;

> (iii)   notice of the hearing to dismiss the case or convert the case to another chapter;

> (iv)    notice of the time fixed for filing objections to and the hearing to consider approval of a disclosure statement; and

> (v)     notice of the time fixed for filing objections to and the hearing to consider confirmation of a chapter 11 plan.

3.     All other General Notices need be served only on any person or entity that will be directly affected by that particular General Notice plus the Office of the Bankruptcy Administrator, all persons and entities that filed a request for notice in these cases, including without limitation, any other governmental agency, and the Debtors' attorney (the "Limited Service List").

4.     The Debtors will post all General Notices on the bankruptcy website established by the Debtors, http://www.kccllc.net/SmallLoansInc (the "Noticing Website").  The Debtors will also post the following on the Notice Website: (i) any order on this Motion, (ii) any other order limiting notice, (iii) any other document filed in the Debtors' cases that the Court orders to

be posted on the Notice Website; and (iv) any other case information the Debtors believe would

be helpful to creditors.


###END OF ORDER###

OF COUNSEL
Max A. Moseley
Baker Donelson Bearman Caldwell & Berkowitz P.C.
420 20th Street North
Suite 1600
Birmingham, Alabama  35203
205-328-0480
mailto:mmoseley@bakerdonelson.com