# EXHIBIT B
## Proposed Bidding Procedures for Branches

*In re Small Loans, Inc., et al.*
Auction Procedures — _____ \_\_, 2012

This sets forth the procedures by which S. Gregory Hays, Chapter 11 Trustee (the "Seller") for Small Loans, Inc. *et al.* (the "Debtors"), chapter 11 debtors in the jointly administered Chapter 11 Cases entitled *In re Small Loans, Inc., et al.* lead case no. 11-12254, will conduct the sale by auction or auctions (each, an "Auction") of certain of the Debtors' assets, comprising consumer loan businesses with branches located in Alabama, Georgia, Florida, and Louisiana. The Auction will be conducted in accordance with the order approving the "Sale Procedures" entered on September \_\_, 2012 [Docket No. \_\_\_]. Undefined terms in these auction procedures shall have the terms given to them in the Sale Procedures.

## I. General Procedures

The Auction will be conducted by Seller's bankruptcy counsel, Christian & Small, LLP, and its investment banker, Renova Partners, LLC. Seller reserves the right to adjourn the Auction and recommence it at any time.

Each Qualified Bidder has been assigned a conference room. Qualified Bidders are requested to remain in their assigned conference rooms at all times they are not in the main auction room. Representatives of each Qualified Bidder that have not appeared in person at the Auction, and of Seller and the Omnibus Official Committee of Unsecured Creditors (the "Consultation Parties"), may listen to the Auction via teleconference. Any request for assistance should be directed to representatives from Christian & Small, LLP or Renova Partners, LLC.

Each bidder should designate only one spokesperson and that spokesperson must be present in person at the Auction, *i.e.,* phone participants are not eligible to serve as a spokesperson.

## II. Bidding Procedures

### A. Qualified Bidders

Only Qualified Bidders are entitled to submit bids during the Auction. Seller has designated Western-Shamrock Corporation ("Western"), which is also the Stalking Horse Bidder, as a Qualified Bidder. Seller reserves the right to qualify other Qualified Bidders prior to commencement of the Auction.

Qualified Bidders are prohibited from discussing their bids, or otherwise conferring with each other without Seller's prior consent. This applies even when a Qualified Bidder drops out of the Auction.

### B. Seller's Rights

Throughout the Auction, Seller, after consultation with the Consultation Parties, will determine which Qualified Bid or Bids constitute the highest and best offer. Seller will make that determination based on its business judgment in accordance with the terms of the Sale

Procedures, and after consultation with the Consultation Parties.

Seller reserves its right to reject any bid that is deemed (1) inadequate or insufficient, (2) not in conformity with the Sale Procedures, or (3) contrary to the best interest of Seller, the Debtors' estates, or its creditors. Seller shall have the right to modify these auction rules, or to impose such other terms and conditions with respect to the Auctions as it determines may be in the best interests of Seller, the Debtors' estates and their creditors.

C. Purchase Agreements

A copy of each of Western, _____, _____, and _____'s Asset Purchase Agreements, as same have or may be modified, will be attached as an exhibit to the Auction transcript. Copies of the \_\_\_ Purchase Agreements are also available in the main Auction room.

D. Baseline Bid; Bid Increments

Seller, after consultation with the Consultation Parties, has selected _____ as the Baseline Bid. That Baseline Bid is $_____ in cash.

The initial minimum and all further minimum bid increments are set at $50,000. Hence, the initial minimum bid is $_____. Any bids thereafter must equal or exceed $50,000 cash increments and other than purchase price must be submitted on terms that are equal to or superior to the Baseline Bid, absent agreement by Seller. Qualified Bidders shall advise Seller should they wish to bid on terms other than price.

E. Order of Bidding

_____ is required to submit the initial bid over the Baseline Bid. Thereafter the order of bidding shall be in respective turns.

Each Qualifying Bidder, during its turn, may either (a) make a bid, (b) decline to make a bid, or (c) ask for a recess. If a Qualifying Bidder asks for a recess, up to twenty minutes will be allotted for that party to determine whether to make a bid, unless Seller in its discretion extends that period. At the end of the recess, the Qualifying Bidder must either make or decline to make a bid. If a Qualifying Bidder declines to make a bid within its allotted time, that bidder is subject to elimination from the Auction at Seller's discretion and the party with the highest and best bid as determined by Seller and the Consultation Parties shall be designated as the winning bidder.

F. Backup Bidder

At the conclusion of the Auction, Seller, after consulting with the Consultation Parties, reserves the right to designate the next highest bidder after the as the Next Highest Bidder.