UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 11−12254
 Chapter 11
Small Loans, Inc. ,

  Debtor.

**PURSUANT TO LOCAL RULE 1017−1, THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING UNLESS A RESPONSE IS FILED BY A PARTY IN INTEREST WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005−1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

**NOTICE OF DISMISSAL**

Notice is hereby given that the debtor in this case has done the following:

- ☐ Failed to file a schedule or statement within the time allowed by law or order of this court.
- ☐ Defaulted in the payment of an installment payment under Local Rule 1006−1.
- ☐ Failed to appear at an 11 U.S.C. § 341 meeting of creditors.
- ☐ Failed to serve notice or file proof of service of a notice as required by Local Rule 2003−1(b)(1).
- ☐ Failed to timely file answers to interrogatories, if permitted under Local Rule 2003−1(f).
- ☐ Failed to provide a tax return pursuant to 11 U.S.C. § 521(e)(2)(A)(i).
- ☐ Failed to obtain prepetition credit counseling in accordance with 11 U.S.C. §§ 109(h)(1) and 521(b).
- ☐ Made a material default in payments under a confirmed plan, 11 U.S.C. § 1208(c)(6).
- ☐ Failed to timely commence payments pursuant to 11 U.S.C. § 1326(a)(1).
- ☐ Failed to pay any domestic support obligation pursuant to 11 U.S.C. §§ 1307(c)(11) and 1208(c)(10).
- ☐ Failed to provide a tax return pursuant to 11 U.S.C. § 521(e)(2)(A)(i) or to file a tax return with the appropriate taxing authority pursuant to 11 U.S.C. § 1307(e).
- ☐ Failed to modify the chapter 13 plan or to object to the claim of a creditor whose claim is filed for which the plan makes no provisions.
- ☑ Failed to file reports as required by Local Rule 2015−1(a)(2).
- ☐ Failed to appear at conferences as required by Local Rule 2015−1(a)(3).

☐ Is deceased.

Unless a response to this notice is filed or the deficiency is cured within 21 days of service of this notice, the case may be dismissed without further notice. Responses must state clearly why the case should not be dismissed.

Dated February 25, 2019

*Juan-Carl Guerrero*

Juan–Carlos Guerrero
Clerk of Court

In re:  
Small Loans, Inc.  
    Debtor

Case No. 11-12254-WRS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1127-1     User: swilliams     Page 1 of 3     Date Rcvd: Feb 25, 2019  
                  Form ID: nndsmtr     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2019.  
db         +Small Loans, Inc.,   114 South Broad Street,   Bainbridge, GA 39817-3614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2019 at the address(es) listed below:

        Andrew H. Dekle    on behalf of Creditor John B. Remion ahdekle@bouhan.com  
        Andrew H. Dekle    on behalf of Creditor Robert  Knox ahdekle@bouhan.com  
        Bankruptcy Administrator    ba@almb.uscourts.gov  
        Bill D Bensinger    on behalf of Debtor   Small Loans, Inc. bdbensinger@csattorneys.com, bill-bensinger-5829@ecf.pacerpro.com  
        Bill D Bensinger    on behalf of Debtor in Jointly Administered Case   The Money Tree, Inc. bdbensinger@csattorneys.com, bill-bensinger-5829@ecf.pacerpro.com  
        Bill D Bensinger    on behalf of Debtor in Jointly Administered Case   The Money Tree of Louisiana, Inc. bdbensinger@csattorneys.com, bill-bensinger-5829@ecf.pacerpro.com  
        Bill D Bensinger    on behalf of Debtor   The Money Tree of Georgia Inc. bdbensinger@csattorneys.com, bill-bensinger-5829@ecf.pacerpro.com  
        Bill D Bensinger    on behalf of Debtor in Jointly Administered Case   The Money Tree of Florida, Inc. bdbensinger@csattorneys.com, bill-bensinger-5829@ecf.pacerpro.com  
        Bill D Bensinger    on behalf of Debtor   The Money Tree of Florida Inc. bdbensinger@csattorneys.com, bill-bensinger-5829@ecf.pacerpro.com  
        Bill D Bensinger    on behalf of Debtor in Jointly Administered Case   The Money Tree of Georgia, Inc. bdbensinger@csattorneys.com, bill-bensinger-5829@ecf.pacerpro.com  
        Bradley R. Hightower    on behalf of Trustee S. Gregory Hays brhightower@csattorneys.com, brad--hightower-1605@ecf.pacerpro.com  
        Bradley R. Hightower    on behalf of Accountant   Hays Financial Consulting, LLC brhightower@csattorneys.com, brad--hightower-1605@ecf.pacerpro.com  
        Cater C. Thompson    on behalf of Creditor   FTC of Onaga cater.thompson@jonescork.com, andrea.harris@jonescork.com  
        Charles N. Parnell, III    on behalf of Creditor    E. Edwin Johnson & Barbara M. Henricks bkrp@parnellsoutheast.com  
        Charles N. Parnell, III    on behalf of Creditor    Robert & Maire Hendrie bkrp@parnellsoutheast.com  
        Charles N. Parnell, III    on behalf of Creditor    Bernard Randy Miller bkrp@parnellsoutheast.com  
        Charles N. Parnell, III    on behalf of Creditor    Cleveland and Robbins P.C. bkrp@parnellsoutheast.com  
        Christian J. Steinmetz, III    on behalf of Creditor Larry B Goggins cjs@ggsattorneys.com  
        Christopher W Terry    on behalf of Creditor Ruby E. Altman chris@boyerterry.com  
        Daniel D. Sparks    on behalf of Trustee S. Gregory Hays ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com  
        David A Garland, Esq    on behalf of Creditor Howard E. Barfknecht dgarland@mcdr-law.com, mcdrbk@gmail.com  
        Doug  Wolfe    on behalf of Creditor   ASM Capital, L.P. dwolfe@asmcapital.com  
        Doug  Wolfe    on behalf of Creditor   ASM Capital IV, L.P. dwolfe@asmcapital.com  
        Douglas L Henry    on behalf of Creditor Greg D Morrow hanklaw@windstream.net  
        Eric L. Gay    on behalf of Defendant   Dowdy & Whittaker, LLC egay@sowegalaw.com  
        Eric L. Gay    on behalf of Defendant   Callahan Insurance Agency, Inc. egay@sowegalaw.com  
        Eric Tyson Ray    on behalf of Defendant   Georgia Power Company eray@balch.com, bevans@balch.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Eric Tyson Ray    on behalf of Defendant    Southern Company Services, Inc. eray@balch.com,
               bevans@balch.com
              Eric Tyson Ray    on behalf of Creditor    Alabama Power Company eray@balch.com, bevans@balch.com
              Eric Tyson Ray    on behalf of Defendant    Alabama Power Company eray@balch.com, bevans@balch.com
              Eric Tyson Ray    on behalf of Defendant    The Southern Company eray@balch.com, bevans@balch.com
              Frank W. DeBorde    on behalf of Creditor    LOTSolutions, Inc., formerly known as Life of the
               South Service Co., as agent for Life of the South Insurance Co., Insurance Co. of the South,
               Bankers Life of Louisiana, and Lyndon Southern Ins. Co. fwd@mmmlaw.com
              Heather D. Brown    on behalf of Creditor    Kolb, Wheeler & Walter @ Brunswick, LLC
               heather@hdbrownlaw.com, jwest@kkgpc.com
              Jan M Hayden    on behalf of Debtor    Small Loans, Inc. jhayden@bakerdonelson.com,
               lhunter@bakerdonelson.com;kpinkston@bakerdonelson.com
              Jay H. Clark    on behalf of Creditor Dorrell F Addison jc@wallacejordan.com, aa@wallacejordan.com
              Jay H. Clark    on behalf of Creditor Eddie D Smith, Sr jc@wallacejordan.com, aa@wallacejordan.com
              Jay H. Clark    on behalf of Creditor    Edmar Foundation jc@wallacejordan.com,
               aa@wallacejordan.com
              Jay H. Clark    on behalf of Creditor    Estate of Matte Mae Myers Smith jc@wallacejordan.com,
               aa@wallacejordan.com
              Jay H. Clark    on behalf of Creditor    Mattie Myers Smith Teacher Development Fund
               jc@wallacejordan.com, aa@wallacejordan.com
              Jay H. Clark    on behalf of Creditor Snester F Bivins jc@wallacejordan.com, aa@wallacejordan.com
              Jay H. Clark    on behalf of Creditor Trinika K Addison jc@wallacejordan.com, aa@wallacejordan.com
              Jay H. Clark    on behalf of Creditor Martha K Smith jc@wallacejordan.com, aa@wallacejordan.com
              Jay H. Clark    on behalf of Creditor Ruby Oliver Dudley jc@wallacejordan.com,
               aa@wallacejordan.com
              Jay H. Clark    on behalf of Creditor    Alvy Devon Smith Scholarship Fund jc@wallacejordan.com,
               aa@wallacejordan.com
              Jay H. Clark    on behalf of Creditor Milton  Bivins, Jr jc@wallacejordan.com,
               aa@wallacejordan.com
              Jay H. Clark    on behalf of Creditor    Macedonia Baptist Church jc@wallacejordan.com,
               aa@wallacejordan.com
              John D Elrod    on behalf of Interested Party    Post-Confirmation Committee elrodj@gtlaw.com,
               fieldss@gtlaw.com;keckb@gtlaw.com
              John D Elrod    on behalf of Plaintiff    The Post-Confirmation Committee for Small Loans, Inc., et
               al. elrodj@gtlaw.com, fieldss@gtlaw.com;keckb@gtlaw.com
              John D Elrod    on behalf of Plaintiff    The Post-Confirmation Committee for Small Loans, Inc., et
               al elrodj@gtlaw.com, fieldss@gtlaw.com;keckb@gtlaw.com
              John D Elrod    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
               elrodj@gtlaw.com, fieldss@gtlaw.com;keckb@gtlaw.com
              John D Elrod    on behalf of Trustee S. Gregory Hays elrodj@gtlaw.com,
               fieldss@gtlaw.com;keckb@gtlaw.com
              John D Elrod    on behalf of Plaintiff    The Post-Confirmation Committee of Small Loans, Inc., et
               al. elrodj@gtlaw.com, fieldss@gtlaw.com;keckb@gtlaw.com
              Lawrence B. Voit    on behalf of Creditor Regina L. Hixon lvoit@silvervoit.com,
               notices@silvervoit.com
              Lawrence B. Voit    on behalf of Creditor Marion  Oliver lvoit@silvervoit.com,
               notices@silvervoit.com
              Lawrence B. Voit    on behalf of Creditor Glenda  Jackson lvoit@silvervoit.com,
               notices@silvervoit.com
              Lawrence B. Voit    on behalf of Creditor Brittany Cherise Prime lvoit@silvervoit.com,
               notices@silvervoit.com
              Lawrence B. Voit    on behalf of Creditor Trevor  Dees lvoit@silvervoit.com,
               notices@silvervoit.com
              Lisa  Wolgast    on behalf of Creditor    LOTSolutions, Inc., formerly known as Life of the South
               Service Co., as agent for Life of the South Insurance Co., Insurance Co. of the South, Bankers
               Life of Louisiana, and Lyndon Southern Ins. Co. lwolgast@mmmlaw.com
              Marc P. Solomon    on behalf of Debtor in Jointly Administered Case    The Money Tree of Georgia,
               Inc. msolomon@burr.com, mgunnells@burr.com
              Marc P. Solomon    on behalf of Debtor in Jointly Administered Case    The Money Tree of Florida,
               Inc. msolomon@burr.com, mgunnells@burr.com
              Marc P. Solomon    on behalf of Debtor in Jointly Administered Case    The Money Tree, Inc.
               msolomon@burr.com, mgunnells@burr.com
              Marc P. Solomon    on behalf of Debtor in Jointly Administered Case    The Money Tree of Louisiana,
               Inc. msolomon@burr.com, mgunnells@burr.com
              Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Max A. Moseley    on behalf of Debtor    The Money Tree of Louisiana, Inc. mmoseley29@hotmail.com,
               mmoseley@kppblaw.com
              Max A. Moseley    on behalf of Debtor    Small Loans, Inc. mmoseley29@hotmail.com,
               mmoseley@kppblaw.com
              Max A. Moseley    on behalf of Debtor    The Money Tree of Georgia Inc. mmoseley29@hotmail.com,
               mmoseley@kppblaw.com
              Max A. Moseley    on behalf of Debtor    The Money Tree Inc. mmoseley29@hotmail.com,
               mmoseley@kppblaw.com
              Max A. Moseley    on behalf of Debtor in Jointly Administered Case    The Money Tree of Georgia,
               Inc. mmoseley29@hotmail.com, mmoseley@kppblaw.com
              Max A. Moseley    on behalf of Debtor in Jointly Administered Case    The Money Tree, Inc.
               mmoseley29@hotmail.com, mmoseley@kppblaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Max A. Moseley   on behalf of Debtor in Jointly Administered Case   The Money Tree of Florida, Inc. mmoseley29@hotmail.com, mmoseley@kppblaw.com
      Max A. Moseley   on behalf of Debtor in Jointly Administered Case   The Money Tree of Louisiana, Inc. mmoseley29@hotmail.com, mmoseley@kppblaw.com
      Max A. Moseley   on behalf of Debtor   The Money Tree of Florida Inc. mmoseley29@hotmail.com, mmoseley@kppblaw.com
      Michael J Paque   MPaque@kccllc.com
      Natasha J. Wood   on behalf of Debtor   Small Loans, Inc. natasha.wood@westernshamrock.com, njwoodlaw@gmail.com
      Norman M Stockman   on behalf of Financial Advisor   HGH Associates LLC nstockman@handarendall.com, avaughn@handarendall.com;jmiles@handarendall.com
      Quentin Ray Carr   on behalf of Creditor Mary R. Adams quecarr@windstream.net
      Quentin Ray Carr   on behalf of Creditor Clara Ivester quecarr@windstream.net
      R. Randolph Neeley   on behalf of Creditor   United States of America, Internal Revenue Service rand.neeley@usdoj.gov, carol.brensing@usdoj.gov
      Rita H. Dixon   on behalf of Plaintiff   The Post-Confirmation Committee for Small Loans, Inc., et al ritadixon@mindspring.com
      Rita H. Dixon   on behalf of Interested Party   Post-Confirmation Committee ritadixon@mindspring.com
      Shane G. Ramsey   on behalf of Defendant   Life of the South Insurance Company sramsey@kilpatricktownsend.com
      Shelba D. Sellers   on behalf of Creditor Ruby G. Bryant shelba_sellers@yahoo.com
      Stephen G. Gunby   on behalf of Interested Party Carolyn and Donald   Asbell sgg@psstf.com
      Steven K. Brackin   on behalf of Creditor Phyllis F. Brackin marthah@lbfjlaw.com, sbrackin@lbfjlaw.com
      Susan R. Sherrill-Beard   on behalf of Creditor   United States Securities and Exchange Commission sherrill-beards@sec.gov, atlreorg@sec.gov;baddleyd@sec.gov
      Todd C Meyers   on behalf of Defendant   Life of the South Insurance Company tmeyers@kilpatricktownsend.com, mlangford@kilpatricktownsend.com;sagreen@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com
      Von G. Memory   on behalf of Other Prof.   Memory & Day vgm@memorylegal.com, bwesley@memorylegal.com;sbernhard@memorylegal.com
      William M. Brakefield   on behalf of Creditor James D. Stephens bankruptcy@hubbardfirm.com

                                                                                                   TOTAL: 88