RECEIVED
APR 22 2019
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

FILED
APR 22 2019
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

S. GREGORY HAYS AS LIQUIDATING TRUSTEE
FOR SMALL LOANS, INC. AND RELATED ENTITIES
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

April 16, 2019

Clerk of Court
U.S. Bankruptcy Court
1 Church Street
Montgomery, AL 36104

RE: Small Loans Case #11-12254 / Quarterly Reports and Fees

Dear Sir or Madam:

Pursuant to approval from the Bankruptcy Administrator, enclosed please find a check for $1,625.00. This check represents quarterly fee underpayments for the periods listed on enclosed worksheet. The payments are for additional disbursements for the Second Quarter of 2015, the Fourth Quarter of 2015, and the Third Quarter of 2016.

The Small Loans estate did not previously include disbursements from the Creditors Committee Counsel's escrow account. The Liquidating Trustee prepared the attached analysis correcting for those disbursements and calculated the additional Bankruptcy Fees of $1,625.00.

Please let me know if you have any questions.

Sincerely,

S. Gregory Hays
Liquidating Trustee for Small Loans, Inc.
and related entities

cc: Sara Williams
Teresa Jacobs

RECEIPT #: 60015421

[...]all Loans, Inc. / Case number 11-[...]2254
Reconciliation of Disbursements and Fees
Prepared 4/16/19

| Quarter | Original Disbursements Reported | Additional Greenberg Disbursements | Revised Total Disbursements | Revised Fee Payment Due | Original Fee Payment | Remaining Fees Due |
|---|---|---|---|---|---|---|
| 3Q14 | $ 3,330,484.07 | $ 22,500.00 | 3,352,984.07 | $ 10,400.00 | $ 10,400.00 | $ - |
| 4Q14 | 319,310.15 | 10,050.00 | 329,360.15 | 4,875.00 | 4,875.00 | - |
| 1Q15 | 50,995.60 | 2,250.00 | 53,245.60 | 650.00 | 650.00 | - |
| 2Q15 | 35,756.62 | 141,728.55 | 177,485.17 | 1,625.00 | 650.00 | 975.00 |
| 3Q15 | 42,073.36 | - | 42,073.36 | 650.00 | 650.00 | - |
| 4Q15 | 14,459.95 | 65,000.00 | 79,459.95 | 975.00 | 650.00 | 325.00 |
| 1Q16 | 8,600.00 | 4,585.70 | 13,185.70 | 325.00 | 325.00 | - |
| 2Q16 | 4,840.00 | - | 4,840.00 | 325.00 | 325.00 | - |
| 3Q16 | 14,706.50 | 35,000.00 | 49,706.50 | 650.00 | 325.00 | 325.00 |
| 4Q16 | 22,843.70 | 18,750.00 | 41,593.70 | 650.00 | 650.00 | - |
| 1Q17 | 8,250.00 | - | 8,250.00 | 325.00 | 325.00 | - |
| 2Q17 | 4,366.00 | - | 4,366.00 | 325.00 | 325.00 | - |
| 3Q17 | 7,925.00 | - | 7,925.00 | 325.00 | 325.00 | - |
| 4Q17 | 745,430.70 | - | 745,430.70 | 4,875.00 | 4,875.00 | - |
| 1Q18 | 133,193.63 | 11,896.74 | 145,090.37 | 975.00 | 975.00 | - |
| 2Q18 | 7,650.00 | - | 7,650.00 | 325.00 | 325.00 | - |
| 3Q18 | 1,525.00 | - | 1,525.00 | 325.00 | 325.00 | - |
| 4Q18 | 3,675.00 | - | 3,675.00 | 325.00 | 325.00 | - |
| | $ 4,756,085.28 | $ 311,760.99 | $ 5,067,846.27 | $ 28,925.00 | $ 27,300.00 | $ 1,625.00 |