United States Bankruptcy Court

Middle District of Alabama

RECEIVED

JAN 10 2020

United States Bankruptcy Court
Middle District of Alabama

FILED

JAN 10 2020

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

QUARTERLY FEE STATEMENT          Pursuant to Fed. R. Bankr. P. 2015(a)(5)

Debtor                                          Case #:
Small Loans, Inc.                               11-12254

FOR CALENDAR QUARTER ENDING:   12/31/2019

| 1. MONTH | DISBURSEMENTS* |
|----------|----------------|
| October | $ -46827.98 |
| November | $ 1112.80 |
| December | $ 600 |
| TOTAL DISBURSEMENTS FOR QUARTER | $ -45115.18 |

2. QUARTERLY FEE OWED PURSUANT TO
28 U.S.C. § 1930(a)(7)          $ 325.00

3. QUARTERLY FEE PAID          $ 325.00
   (Attach proof of payment)

4. AMOUNT OF UNPAID FEES (IF ANY)          $ 0.00

I, S. Gregory Hays, Liquidation Trustee , acting as the duly authorized agent for the Debtor-In-Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

1-6-2020
DATE

For the Debtor-In-Possession (Trustee) (Plan Adm.)

(Print or type name and capacity of person      S. Gregory Hays
  signing this Declaration)                      Liquidation Trustee

The form for payment of the quarterly fee should be attached to the original of this Quarterly Fee Statement filed with the Clerk of Court. Payments must be made via money order or cashier's check; personal checks will not be accepted.

* For periods after plan confirmation, disbursements include all plan payments plus all withdrawal amounts (checks, direct debits, etc.) posted to each bank account plus any cash payments.

Ch 11 Quarterly Fee Form

RECEIPT #: 6015952

# United States Bankruptcy Court
## Middle District of Alabama

CHAPTER 11 **POST CONFIRMATION REPORT** FOR THE QUARTER ENDED    12/31/2019

Debtor  Small Loans, Inc.            Case #:        11-12254

## Total Disbursements for Quarter

**ALL** disbursements made by the debtor during the current quarter, whether under the plan or not, must be accounted
for and reported on this form and on the attached Quarterly Fee Statement for purposes of calculating quarterly fees.

| | |
|---|---|
| Amounts disbursed under the plan | $ -45115.18 |
| Other disbursements, including operating expenses | $ 0.00 |
| **Total Disbursements** | $ -45115.18 |

## Summary of Amounts Distributed Under the Plan

| | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. Fees and Expenses:** | | | |
| 1. Trustee Compensation | $ 0 | $ 555856 | $ 0 |
| 2. Fee for Attorney for Trustee | $ 0 | $ 677467 | $ 0 |
| 3. Fee for Attorney for Debtor | $ 0 | $ 2310678 | $ 0 |
| 4. Other professionals | $ 0 | $ 278771 | $ 0 |
| 5. All expenses, including trustee | $ 2047.80 | $ 491710 | $ 0 |
| **B. Distributions:** | | | |
| 6. Secured Creditors | $ 0 | $ | $ |
| 7. Priority Creditors | $ 0 | $ | $ |
| 8. Unsecured Creditors | $ -47162.98 | $ 12101821 | $ |
| 9. Equity Security Holders | $ 0 | $ | $ |
| 10. Other Payments or Transfers | $ 0 | $ | $ |
| **Total Plan Payments** | $ -45115.18 | $ 16416303 | $ 0 |

## Summary of Status on Consummation of Plan

Plan payments are current:          Yes ☑        No ☐
  If no, attach explanatory statement identifying payments not made (by creditor, amount and date due),
  reason for non-payment, and an estimated date as to when payments will be brought current.

Quarterly fees due to the Clerk, United States
Bankruptcy Court  are current:       Yes ☑        No ☐

Anticipated date of final report/motion for final decree:  01/31/2020

NOTE:  You must file a quarterly fee statement with this report.

# Small Loans, Inc.
## Disbursements thru 12/31/19
### Prepared 01/06/20

| Category | | Revised Total Disbursements thru 9/30/19 | 4Q19 TrustWorks Disbursements | | Total Disbursements as of 12/31/19 |
|---|---|---|---|---|---|
| **A. Fees and Expenses:** | | | | | |
| 1. Trustee Compensation | $ | 555,856.15 | $ - | $ | 555,856.15 |
| 2. Fee for Attorney for Trustee | | 677,467.37 | - | | 677,467.37 |
| 3. Fee for Attorney for Commiteee | | 2,310,678.00 | - | | 2,310,678.00 |
| 4. Other Professionals | | 278,771.21 | - | | 278,771.21 |
| 5. All expenses, including trustee | | 489,662.31 | 2,047.80 | | 491,710.11 |
| | | - | - | | - |
| **B. Distributions:** | | | | | |
| 6. Secured Creditors | | - | - | | - |
| 7. Priority Creditors | | - | - | | - |
| 8. Unsecured Creditors | | 12,148,984.07 | (47,162.98) | | 12,101,821.09 |
| 9. Equity Security Holders | | - | - | | - |
| 10. Other Payments or Transfers | | - | - | | - |
| | $ | 16,461,419.11 | $ (45,115.18) | $ | 16,416,303.93 |
| | | | (1) | | - |

**Notes:**
(1) Represets expired and voided checks to invesors that were not cashed.