11/21/20 DISCLOSURE STATE MONEY TREE CHAPTER 11

1/19/2006 PURCHASE DEBENTURE # 05517-1002    $500.00

11/8/2007 PURCHASE DEBENTURE #06047-1001    $10,000.00    PLUS INTEREST TO 2020

10/19/2011 INVESTOR ID # 06047  MATURITY NOTICE NOV 8/2011 INTEREST RATE 8.7% FOR FOUR YEARS

ON PURCHASE DATE 11/9/2007 $10,000. PLUS INTEREST

12/16/2011 MONEY TREE FILED CHAPTER 11 IN US BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA. SAFE HARBOR STATEMWNT UNDER PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995

12/4/2012  TREATMENT OF CLAIM. ALLOWED AMOUNT $14,293.96  A2 ALLOWED AGAINST THE MONEY TREE. B. ALLOWED FOR SCHEDULED AMOUNT. D2. ALLOWED AS GENERAL UNSECURED. K.CLAIM ALLOWED AS SCHEDULED AS PART OF  CLAIM NO. 266 OR CLAIM NO 463 FILED BY  US BANKINDENTURE TRUSTEE . IN THE MONEY TREE INC. CASE NO 11-12255

DEC 28. 2011 INVOICE TO kURTZMAN CARSON CONSULTANTS JAN 3/2012  FOR TOTAL OF $15,178.35 OF 2 DEBENTURES INCLUDES INTEREST DUE MARCH

MARCH 5,2013  COURT ORDER .DISCLOSURE STATEMENT TO BE PROVIDED BY JOHN D. ELROD.

6/28/2013. CHECK# 10260  $1264.69.  CHECK # 10261 $102.90 HELD  AMOUNT DISPUTED. REF12/4/2012 WHICH COURT ORDERED CLAIM ALOWED.

OCTOBER 21, 2020  COURT ORDERED DISTRIBUTION  $1,993.95 TO BE PAID TO ANNA KAREN KAHLER SCOTT OR GERALD SCOTT   FOR FAILURE TO CASH PRIOR CHECKS.

NOV 20,2020 SCOTTS RECEIVED   CASHIER CHECK 888011308  $1,843.92 ::CHECK 888011309 $150.03.

NOVEMBER 21,202 :REVISED INVOICE #12281950

FROM: ANNA KAREN KAHLER SCOTT. PO BOX 2384. TYBEE ISLAND, GA. 31328  TEL 912-786-9459.

TO: CASE #11-11225 SMALL LOANS . INC MONEY TREE

G. HAYES 3343 PEACHTREE RD. NE SUITE 200, ATLANTA, GA.30326-1420

JD ELROD TERMINUS 200, SUITE 2500 3333 PIEDMONT ROAD, NE ATLANTA, GA.30305

INVOICING: DEBENTURE 05517-1002 $1318.01    LESS PAYMENT $102.90    BALANCE DUE: $1,215.11

INVOICING DEBENTURE 06047-1001 $16,292.83  LESS PAYMENT $1,843.92    BALANCE DUE: $14,448.91

OUTSTANDING BALANCE DUE:   TOTAL    $15,664.02

VARIOUS CORRESPONDENCE IN THE FORM OF LETTERS, PHONE CALLS, AND EMAILS HAVE OCCURRED. TO THE BEST OF MY KNOWLEDGE, THIS STATEMENT IS AN ACCURATE ACCOUNT OF MY FILE.

SINCERELY, ANNA KAREN SCOTT 11/21/2020

Dec. 2012

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | Case No: 11-12254-WRS-11 |
| ) | |
| SMALL LOANS, INC., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

## NOTICE OF CHAPTER 11 TRUSTEE'S OMNIBUS OBJECTION TO PROOF OF CLAIM

You have filed one or more proofs of claim ("Claim") in the chapter 11 bankruptcy cases filed by the Debtors.[1]

S. Gregory Hays, the chapter 11 trustee (the "Trustee") appointed in the Debtors' cases, has filed an Objection to your Claim pursuant to the Chapter 11 Trustee's First Omnibus Objection to Claims.

Your Claim may be affected as a result of the Objection. The reason for the Trustee's Objection is described in the chart immediately below under the column labeled "Basis for Objection" and the proposed treatment for your Claim is described under the column labeled "Proposed Treatment of Claim."

| Creditor Name | Date Filed | Claim No. | Asserted Debtor Entity | Asserted Claim Amount | Proposed Debtor Entity | Proposed Allowed Amount | Basis for Objection | Proposed Treatment of Claim |
|---|---|---|---|---|---|---|---|---|
| Anna Karen Kahler Scott | 4/9/12 | 23 | The Money Tree of Georgia Inc. | $15,178.35 | The Money Tree Inc. | $14,293.96 | A2 – Against Wrong Debtor | Scheduled claim to be allowed against The Money Tree Inc., Case No. 11-12255 |
| | | | | | | | B – Claim filed for less than scheduled amount | Allowed for scheduled amount |
| | | | | | | | D2 – Incorrectly filed as a secured or priority claim | Allowed as general unsecured |
| | | | | | | | K – Duplicate of another claim | Claim allowed as scheduled as part of Claim No. 266 or Claim No. 463 filed by U.S. Bank, Indenture Trustee, in The Money Tree Inc., Case No. 11-12255 |

**VOIDED**

*There is no indication of debenture numbers or Account Number. Checks were held in dispute for payment.*

---

**Rabobank, N.A.**
90 E Thousand Oaks Blvd, Ste 300, Thousand Oaks, CA 91360

Check No. 10260
90-3715 / 1222

S. GREGORY HAYS
3343 Peachtree Road, NE, Ste 200
Atlanta GA 30326-1420

**VOID AFTER 90 DAYS**

Regarding
TID # 300325

Debtor: The Money Tree Inc Case: (11-12254 WRS)
5000422866

Date 06/28/2013

First Interim Distribution

$ ********1,264.69

~~~One Thousand Two Hundred Sixty-Four Dollars and 69/100

Pay to the Order of: Anna Karen Kahler Scott
PO Box 2384
Tybee Island GA 31328

S. GREGORY HAYS, Liquidating Trustee

⑆000 10260⑆ ⑈122237159⑈ 5000422866⑆

---

*IT IS NOT my failure, but your inadequate accounting.*

**Rabobank, N.A.**
90 E Thousand Oaks Blvd, Ste 300, Thousand Oaks, CA 91360

Check No. 10261
90-3715 / 1222

GORY HAYS
chtree Road, NE, Ste 200
GA 30326-1420

**VOID AFTER 90 DAYS**

ding
TID # 300325

The Money Tree Inc Case: (11-12254 WRS)
2866

Date 06/28/2013

terim Distribution

$ **********102.90

~~~One Hundred Two Dollars and 90/100

Anna Karen Kahler Scott or Gerald Scott
PO Box 2384
Tybee Island GA 31328

S. GREGORY HAYS, Liquidating Trustee

⑆000 10261⑆ ⑈122237159⑈ 5000422866⑆

CASHED
11-20-2020

There is no listing of account numbers or debenture numbers
You can plainly see there is no audit trail
This is a gross accounting malfunction.

17

18

[Two cashier's checks from East West Bank, 135 N. Los Robles Ave, Pasadena, CA 91101]

Check 1 (right, #8880 11308):
Pay to the order of: Kanna Karen Kahler Scott
Amount: ONE THOUSAND EIGHT HUNDRED FORTY THREE DOLLARS AND NINETY TWO CENTS
$1,843.92
Date: November 06, 2020
Remitter: The Money Tree, Inc.

Check 2 (left, #8880 11309):
Pay to the order of: Kanna Karen Kahler Scott or Gerald Scott
Amount: ONE HUNDRED FIFTY DOLLARS AND THREE CENTS
$150.03
Date: November 06, 2020
Remitter: The Money Tree, Inc.

The originals were mailed out